IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY GILLIHAN | § | |
|     Plaintiff | § | |
| | § | |
| Vs. | § | CA No. 3:19-cv-01876-L |
| | § | |
| SUB EMPIRE INCORPORATED and | § | |
| MDF INVESTMENTS LLC | § | |
| | § | |
|     Defendants | § | |

## NOTICE OF SETTLEMENT & MOTION TO STAY DEADLINE

COMES NOW, Defendant MDF Investments LLC ("Defendant") and notifies the Court that the parties have reached a settlement in this matter. The parties are in the process of finalizing the settlement documents and intend to file dismissal documents in the near future.

Additionally, the deadline for Defendant's response to Plaintiff's Amended Complaint is today, October 9, 2019. In light of the settlement, Defendant respectfully requests that the Court stay the deadline for Defendant to file a response to Plaintiff's Amended Complaint, pending the dismissal of the case.

Respectfully submitted,

  /s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**
  State Bar No.24056464
  fvalenzuela@fhmbk.com
**LAURA O'LEARY**
  State Bar No. 24072262
  loleary@fhmbk.com

**FANNING HARPER MARTINSON**
  **BRANDT & KUTCHIN, P.C.**
Two Energy Square

4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT
MDF INVESTMENTS LLC**

### CERTIFICATE OF CONFERENCE

This afternoon, it was confirmed that a settlement had been reached. Through an apparent misunderstanding, I thought that Plaintiff's counsel was going to file a notice of settlement this afternoon. Defendant MDF Investments' response to Plaintiff's Amended Complaint is due today. For these reasons, late this afternoon, I attempted to confer via email with counsel for the other parties about this motion, but as of the time of filing I have not yet heard from them.

　　　　　　　　　　　　　　　/s/ Francisco J. Valenzuela
　　　　　　　　　　　　　　**FRANCISCO J. VALENZUELA**

### CERTIFICATE OF SERVICE

This is to certify that on the 9th day of October, 2019, I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court, and that it reported that it was delivered to all attorneys of record.

　　　　　　　　　　　　　　　/s/ Francisco J. Valenzuela
　　　　　　　　　　　　　　**FRANCISCO J. VALENZUELA**