IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY GILLIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 3:19-CV-01876-L |
| SUB EMPIRE INCORPORATED and ) | |
| MDF INVESTMENTS LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTHONY GILLIHAN ("Plaintiff") and Defendants, SUB EMPIRE INCORPORATED and MDF INVESTMENTS LLC, ("Defendants") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of Defendants, SUB EMPIRE INCORPORATED and MDF INVESTMENTS LLC, with prejudice in the above-styled action. Each party to bear their own fees and costs.

Respectfully submitted this 31st day of October, 2019.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

/s/  Emil Lippe, Jr.
Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

ATTORNEYS FOR PLAINTIFF


/s/ John Jacks
John Jacks, Esq.
*Attorney for Defendants*
  *Sub Empire Incorporated*
State Bar No.  00785986
Gray Becker PC
900 West Avenue
Austin, TX  78701
Tel:  (512) 482-0061
Email:  john.jacks@graybecker.com


/s/ Francisco J. Valenzuela
Francisco J. Valenzuela, Esq.
*Attorney for Defendant*
  *MDF Investments LLC and Park Forest SWC, Ltd.*
State Bar No.  24056464
Fanning Harper Martinson, et al
4849 Greenville Avenue, Suite 1300
Dallas, TX  75206
Tel:  (214) 369-1300
Email:  fvalenzuela@fhmbk.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October, 2019, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL

.